# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>PWM Property Management LLC, et al.<br><br>Debtors, | ) Chapter 11<br>) Case No. 21-11445 (MFW)<br>) (Jointly Administered)<br>)<br>)<br>)<br>)<br>) |
| 245 PARK MEMBER LLC,<br><br>Appellant,<br><br>v.<br><br>PWM Property Management LLC, et al.,<br><br>Appellees[1] | )<br>)<br>)<br>)<br>) Case No. 21-cv-01788-MN<br>)<br>)<br>)<br>)<br>) |
| 245 Park Member, LLC,<br><br>Appellants,<br><br>v.<br><br>PWM Property Management LLC, et al.,<br><br>Appellees. | )<br>)<br>)<br>)<br>) Case No. 21-cv-01814-MN<br>)<br>)<br>)<br>) |

---

[1] The Debtors and Appellees in the above-captioned chapter 11 cases, along with the last four digits of each debtor's federal tax identification number (if available) are: PWM Property Management LLC; 245 Park Avenue Property LLC (9531); HNA Member Ave JV LLC (5043); 245 Park JV LLC (2417); 245 Park Avenue Mezz C LLC (5276); 245 Park Avenue Mezz B LLC (4961); 245 Park Avenue Mezz A LLC (4673); 181 West Madison Holding LLC (2346); and 181 West Madison Property LLC (3759).

ME1 39217598v.1

|  |  |
|---|---|
| 245 Park Member, LLC, ) | |
| ) | |
| Appellants, ) | |
| ) | Case No. 21-cv-01827-MN |
| v. ) | |
| ) | |
| PWM Property Management LLC, et al., ) | |
| ) | |
| Appellees. ) | |

## ENTRY OF APPEARANCE

PLEASE ENTER the appearance of William F. Taylor, Jr., Esquire of McCarter & English, LLP as counsel for (i) Proposed Intervenor Wilmington Trust, National Association, as Trustee for the holders of 245 Park Avenue Trust 2017-245P, Commercial Mortgage Pass-Through Certificates, Series 2017-245P, on behalf of itself and the holders of the related Companion Loans, acting by and through Situs Holdings, LLC ("Situs"), its Special Servicer and (ii) Proposed Intervenor Wells Fargo Bank, National Association, as Trustee for the holders of J.P. Morgan Chase Commercial Mortgage Securities Trust 2020-LOOP, Commercial Mortgage Pass-Through Certificates, Series 2020-LOOP, on behalf of itself and the holders of the related Companion Loans, acting by and through Situs, its Special Servicer, in these matters.

REMAINDER OF PAGE INTENTIONALLY LEFT BLANK

Dated:  January 18, 2022

**McCARTER & ENGLISH, LLP**

*/s/ William F. Taylor, Jr.*
William F. Taylor, Jr. (No. 2936)
Shannon D. Humiston (No. 5740)
405 North King Street, 8th Floor
Wilmington, DE 19801
Telephone:  (302) 984-6300
Email: wtaylor@mccarter.com
           shumiston@mccarter.com

Counsel to WILMINGTON TRUST, NATIONAL ASSOCIATION, as Trustee for the holders of 245 PARK AVENUE TRUST 2017-245P, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2017-245P, on behalf of itself and the holders of the related Companion Loans, acting by and through SITUS HOLDINGS, LLC; and WELLS FARGO BANK, NATIONAL ASSOCIATION, as Trustee for the holders of J.P. MORGAN CHASE COMMERCIAL MORTGAGE SECURITIES TRUST 2020-LOOP, COMMERCIAL MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2020-LOOP, on behalf of itself and the holders of the related Companion Loans, acting by and through SITUS HOLDINGS, LLC