IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| PWM Property Management LLC, et al., | ) | Case No. 21-11445 (MFW) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| 245 PARK MEMBER LLC, *et al.,* | ) | Appeals from the Bankruptcy Court |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1788 (MN) |
| | ) | |
| PWM PROPERTY MANAGEMENT LLC, *et al.*, | ) | C.A. No. 21-1814 (MN) |
| | ) | |
| | ) | C.A. No. 21-1827 (MN) |
| Appellees. | ) | |

**ORDER**

At Wilmington, this 15th day of March 2022;

WHEREAS, on February 28, 2022, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I. 31 in C.A. No. 21-1788 (MN))[1] recommending that this consolidated matter be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

WHEREAS, no objections to the Recommendation were filed; and,

WHEREAS, the Court does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED that the Recommendation is ADOPTED and this consolidated matter is withdrawn from the mandatory referral for mediation.

---

[1] On January 18, 2022, the Court issued an Order Granting Appellants' Unopposed Motion to Consolidate Appeals for Procedural Purposes and for Related Relief. (D.I. 18). As a result, all filings are to be made only in C.A. No. 21-1788 (MN).

IT IS FURTHER ORDERED that the parties are directed to submit a proposed briefing schedule to the Court no later than March 22, 2022.

_____
The Honorable Maryellen Noreika
United States District Court Judge